JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA PEREZ GOMEZ, | Case No. CV 18-7795 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ASSOCIATES GROUP, | |
| Defendant. | |

Pursuant to the Court's Order Re: Application for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Adriana Perez Gomez ("plaintiff") and against defendant, Associates Group ("defendant"), in the total amount of $2,000.

2. Defendant shall pay plaintiff's attorney's fees and costs in the total amount of $6,659.50.

3. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 27th day of December, 2018

                 /s/
                Fernando M. Olguin
               United States District Judge